**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAYMIN CHEN, | CASE NO. 8:24-cv-02694-DOC-KES |
| Plaintiff, | *Assigned to Hon. David O. Connor, Crtrm. 9D* |
| vs. | **ORDER OF DISMISSAL [24]** |
| AEROTEK AFFILIATED SERVICES, INC., | |
| Defendant. | |

Having considered the parties' Joint Stipulation For Voluntary Dismissal of Action ("Stipulation"), it is hereby ordered that:

1. This action is dismissed in its entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED:   January 29, 2026

_____

Hon. David O. Connor
United States District Judge

1
ORDER OF DISMISSAL